APPEAL NO. 12-14-00229-CR
IN THE
12th COURT OF APPEALS
AT TYLER, TEXAS

BLAKE GEE #1948254
(APPELLANT)

VS.

THE STATE OF TEXAS
APPELLEE

FILED IN COURT OF APPEALS
12th Court of Appeals District
JAN 07 2015
TYLER TEXAS
CATHY S. LUSK, CLERK



APPEAL CAUSE NO. 241-1861-13 FROM THE 241st JUDICIAL DISTRICT COURT OF SMITH COUNTY.

FIRST MOTION FOR EXTENSION OF TIME TO FILE APPELLANT'S PRO-SE BRIEF OR RESPONSE TO ANDER'S BRIEF

TO THE HONORABLE JUSTICES OF THE COURT OF APPEALS:

COMES NOW BLAKE GEE #1948254, APPELLANT PRO-SE, AND RESPECTFULLY MOVES THE COURT TO EXTEND THE DEADLINE FOR FILING HIS BRIEF BY THIRTY DAYS. IN SUPPORT, APPELLANT WOULD SHOW THE FOLLOWING:

I.

ON July 10th, 2014 THE JUDGE FOUND APPELLANT GUILTY OF Engaging in Organized Crime THE JUDGE ASSESSED PUNISHMENT AT 30 YEARS IMPRISONMENT IN THE TEXAS DEPARTMENT OF CRIMINAL JUSTICE.

II.

ON December 22nd, 2014, APPELLANT RECIEVED NOTICE BY MAIL THAT HIS APPEAL ATTORNEY FILED AN ANDER'S BRIEF ON HIS BEHALF AND NOTICE THAT APPELLANT HAD A RIGHT TO FILE A PRO-SE BRIEF OR RESPONSE TO THE ANDER'S BRIEF.

1 of 2

## III.

ON DECEMBER 22ND, 2014, THE APPELLANT'S RECORD WAS FIRST MADE AVAILABLE TO APPELLANT. THE DEADLINE FOR FILING APPELLANT'S BRIEF OR RESPONSE IS JANUARY 15th, 2015.

## IV.

THIS IS APPELLANT'S FIRST REQUEST FOR EXTENSION. APPELLANT IS UNABLE TO MEET THE DEADLINE FOR THE FOLLOWING REASON(S):

(A) DUE TO THE HOLIDAY SEASON'S, APPELLANT HAS HAD LIMITED ACCESS TO THE LAW LIBRARY FOR ANY SUBSTANTIAL AMOUNT OF TIME TO DO ANY RESEARCH AND OR WORK.

(B) APPELLANT HAS LIMITED KNOWLEDGE OF HOW TO USE THE LAW LIBRARY OR THE BOOKS TO WHICH HE NEEDS TO FILE SAID BRIEF.

(C) APPELLANT NEEDS MORE TIME TO RESEARCH AND ORGANIZE SAID GATHERED RESEARCHED MATERIALS TO FILE BRIEF.

## V.

FOR REASONS STATED ABOVE, APPELLANT RESPECTFULLY REQUESTS AN ADDITIONAL THIRTY DAYS TO COMPLETE THE PRO-SE BRIEF OR RESPONSE IN SUPPORT OF APPELLANT'S APPEAL.

## VI.

APPELLANT PRAYS THAT THE COURT GRANT THIS MOTION AND EXTEND THE TIME TO FILE APPELLANT'S PRO-SE BRIEF OR RESPONSE BY THIRTY DAYS, EXTENDING THE DEADLINE TO FEBURARY 14th, 2015.

RESPECTFULLY SUBMITTED,

#1948254

APPELLANT PRO-SE

C/O: GURNEY UNIT - T.D.C.J.
1385 F.M. 3328
Palestine, Texas 75803

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT ON December 30th, 2014, A TRUE AND CORRECT COPY OF APPELLANT'S Motion for Extension to File His Brief or Response WAS MAILED TO THE ATTORNEY FOR THE STATE BY U.S. FIRST CLASS MAIL ADDRESSED TO Michael J. West - Assistant District Attorney

At 4th Floor, Courthouse 100 North Broadway - Tyler, Texas 75702.

#1948254
APPELLANT PRO-SE

I, Blake Gee #1948254, BEING PRESENTLY INCARCERATED IN THE Gurney Unit OF THE Texas Department of Criminal Justice - Institutional Division IN Anderson County, Texas, VERIFY AND DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING STATEMENTS ARE TRUE AND CORRECT.

EXECUTED ON THIS THE 30th DAY OF December, 2014.

#1948254
APPELLANT PRO-SE
Gurney Unit - T.D.C.J.
1385 F.M. 3328
Palestine, Texas 75803